IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON DANIEL BRADY, )<br>       ) Civil Action No. 03-218E<br>      Plaintiff, ) Hon. Maurice B. Cohill, Jr.<br>       ) Senior United States District<br> v.    ) Judge<br>       )<br>LTC WENDELL L. MAY, )<br>       )<br>      Defendant.    ) | |

### ORDER

AND NOW, this 5th day of July, 2005,

IT IS HEREBY ORDERED that defendants' motion for an extension of time to answer or otherwise move with respect to plaintiff's complaint is GRANTED.

IT IS FURTHER ORDERED that defendants shall file their responsive pleading and/or dispositive motion on or before August 5, 2005.

_____
Senior U.S. District Judge

cc: Jason Daniel Brady, *pro se*