IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON DANIEL BRADY, ) | |
| ) | Civil Action No. 03-218E |
| Plaintiff, Pro Se, ) | |
| ) | Hon. Maurice B. Cohill, Jr. |
| ) | Senior U.S. District Judge |
| v. ) | |
| ) | ELECTRONICALLY FILED |
| LTC WENDELL L. MAY, ) | |
| ) | |
| Defendant. ) | |

PRAECIPE FOR APPEARANCE

TO: Clerk of Court
    United States District Court
    Western District of Pennsylvania

Please enter my appearance on behalf of defendant LTC Wendell L. May in the above-captioned case.  Please substitute my appearance for Ellen Fitzgerald, who is no longer assigned to this case.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

s/Paul D. Kovac
Paul D. Kovac
Assistant U.S. Attorney
Western District of PA
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7489

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2005, a true and correct copy of the within Praecipe for Appearance was electronically filed and/or served by postage-paid U.S. Mail, to and upon the following:

>Jason Daniel Brady
>Plaintiff Pro Se
>4885 State Highway 173
>Cochranton, PA 16314

>s/Paul D. Kovac
>PAUL D. KOVAC
>Assistant U.S. Attorney