IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON DANIEL BRADY, ) | |
| ) | Civil Action No. 03-218E |
| Plaintiff, ) | |
| ) | Hon. Maurice B. Cohill, Jr. |
| v. ) | Senior United States District |
| ) | Judge |
| LTC WENDELL L. MAY, ) | |
| Military Personnel Officer, ) | ELECTRONICALLY FILED |
| Pennsylvania National Guard, ) | |
| ) | |
| Defendant. ) | |

### ORDER

AND NOW, to wit, this _____ day of _____, 2005, upon consideration of Defendant's Motion to Dismiss, and all other pertinent papers;

IT IS HEREBY ORDERED that said Motion is GRANTED, and it is further

ORDERED that Plaintiff's Complaint is hereby dismissed for lack of jurisdiction.

_____
UNITED STATES DISTRICT COURT JUDGE