IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT

OF PENNSYLVANIA

| | |
|---|---|
| JASON DANIEL BRADY ) ) ) ) vs ) LTC WENDELL L. MAY ) ) ) | C.A. 03-218 ERIE |

ORDER OF COURT

AND NOW, to wit, this __19th__ day of __August__ 200**5**, the Court having received __Deft's Motion to Dismiss__.

IT IS HEREBY ORDERED THAT the movant file a Memorandum in support on or before _____ 2005, and the Party, ~~Parties~~ file responsive memoranda on or before __Sept. 16,__ , 2005.

*[signature: Maurice B. Cohill, Jr.]*

SENIOR DISTRICT JUDGE

Copies to: Counsel of Record