Mr. Robert D. Robbins
PA State Senate
317 Chestnut Street
Meadville, PA 16335

Dear Mr. Robbins,

    I am writing this letter to inform you of what I consider a serious injustice being committed by the Pennsylvania Army National Guard. When my son, Jason enlisted in the local national guard unit on January 6, 2000, he was promised a $5000 enlistment bonus by the recruiter. The local armory also had a sign in front of the building on Diamond Park advertising this bonus. In addition to my son, many local citizens enlisted in the Guard during that time, expecting to be paid the $5000 bonus.

    To this date, this money has never been paid. I have talked to the full-time administrator in Corry (the unit's higher headquarters) on two occasions and was told both times that the money should have been paid. He expressed his frustration at the Commonwealth's unresponsiveness, because there are quite a few members affected.

    I'm sure you'll agree that the retention of young people in this area is a primary concern for all of us. In a faltering economy, we cannot afford to offer part-time state employment based upon deception or "bait and switch" tactics.

    In 1995, I retired from the PA Army National Guard/U.S. Army Reserve after 22 years service. I am trying to convince my son that the Guard can be a career and not just a part-time job. Won't you help me in this regard by providing some legislative emphasis in Harrisburg?

    Thank you in advance for your help and your continued support of PA military operations.

                          Sincerely,

                            James C. Brady Jr.