8-.7-02



DEPARTMENT OF MILITARY AND VETERANS AFFAIRS
ADJUTANT GENERAL'S OFFICE
**COMMONWEALTH OF PENNSYLVANIA**
FORT INDIANTOWN GAP
ANNVILLE, PENNSYLVANIA 17003-5002
VOICE/TDD 1-800-645-8924
www.dmva.state.pa.us

Attachment 2

July 31, 2002

Honorable Robert D. Robbins
Pennsylvania Senate
312 Chestnut Street, Room 112
Meadville, Pennsylvania 16335

Dear Senator Robbins:

This letter is provided in response to your correspondence of July 19, 2002 to Mr. Albert B. Rutherford, Special Assistant to The Adjutant General of Pennsylvania, regarding Specialist (SPC) Jason Daniel Brady. SPC Brady is a member of the Pennsylvania Army National Guard and is questioning an enlistment bonus.

In reviewing the soldier's Military Personnel Records Jacket, no enlistment bonus was ever contracted. Official document offering bonus, NGB Form 600-7-R-E, would have had to be executed at the time of enlistment.

Should you have any additional questions, please feel free to contact the Department of Military and Veterans Affairs at your earliest convenience. Thank you for your continued interest and support of the Pennsylvania Army National Guard.

Sincerely,

Wendell L. May
Lieutenant Colonel, Pennsylvania Army National Guard
Military Personnel Officer

The Department of Military and Veterans Affairs is an Equal Opportunity Employer



DEPARTMENT OF MILITARY AND VETERANS AFFAIRS
ADJUTANT GENERAL'S OFFICE
**COMMONWEALTH OF PENNSYLVANIA**
FORT INDIANTOWN GAP
ANNVILLE, PENNSYLVANIA 17003-5002
VOICE/TDD 1-800-645-8924
www.dmva.state.pa.us



Rec'd
DEC 1 3 2002

**COPY**

November 22, 2002

Honorable Robert D. Robbins
Senate Box 203050
Harrisburg, Pennsylvania 17120-3050

Dear Senator Robbins:

    I am writing in response to your letter of October 25, 2002 to Major General William B. Lynch, The Adjutant General of Pennsylvania, on behalf of Specialist (SPC) Jason Daniel Brady. You inquired as to his question about an enlistment bonus.

    SPC Brady enlisted on January 6, 2000. At the time of enlistment, he had chosen the State Officer Candidate School option. By accepting this option, he forfeited any type of cash bonus in accordance with the Selected Reserve Incentive Program. This program further stipulates that the official document offering this bonus must be executed at the time of enlistment. Also, it appears that SPC Brady was counseled properly by the Team Leader for the Full Time Recruiting Force.

    Unfortunately, SFC Hollabaugh, who is not in the recruiting force, was incorrect in stating to the soldier that he was entitled to the bonus and would work on a solution to this situation. Bonus Control Numbers can only be issued at time of enlistment. Soldiers changing their contract after the initial processing does not entitle them to any type of "after the fact" bonus.

    Thank you for your interest and support of the Pennsylvania Army National Guard. Should you have any additional questions, please feel free to contact the Department of Military and Veterans Affairs at your earliest convenience.

Sincerely,

Wendell L. May
Lieutenant Colonel, Pennsylvania Army National Guard
Military Personnel Officer